UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN MURPHY, | ) | CASE NO.: 1:23-cv-00581 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN KENNETH BLACK | ) | **ORDER** |
| | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on Petitioner's *Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus* (the "Petition") (Doc. 1). This Court referred the matter to the Magistrate Judge. The Magistrate Judge submitted a report and recommendation, recommending that the Court dismiss the Petition. Doc. 12.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. Petitioner did not file an objection to the Magistrate Judge's report and recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Petition is DISMISSED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

IT IS SO ORDERED.

<u>December 12, 2025</u>                      <u>/s/ Judge John R. Adams</u>
Date                                          JOHN R. ADAMS
                                                    UNITED STATES DISTRICT JUDGE